# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

No. 15-755V

**Filed: December 9, 2016**

```
* * * * * * * * * * * * * * *    *
ASHLEY ENCINIAS,                 *
                                 *
            Petitioner,          *
                                 *
v.                               *
                                 *
                                 *
SECRETARY OF HEALTH              *
AND HUMAN SERVICES,              *
                                 *
                                 *
            Respondent.          *
* * * * * * * * * * * * * * *    *
```

UNPUBLISHED

Special Master Hamilton-Fieldman

Joint Stipulation on Damages;
Influenza Vaccine; Bell's Palsy;
Facial Spasms; Dystonia.

Lawrence R. Cohan, Anapol Weiss, Philadelphia, PA, for Petitioner.
Claudia B. Gangi, United States Department of Justice, Washington, DC, for Respondent.

## DECISION[1]

On July 20, 2015, Ashley Encinias ("Petitioner") filed a petition for compensation pursuant to the National Vaccine Injury Compensation Program.[2] 42 U.S.C. §§ 300aa-1 to -34 (2012). Petitioner alleged that as a result of an influenza ("flu") vaccine administered on October 29, 2013, she developed Bell's palsy, facial spasms, and dystonia. *See* Stipulation for Award at ¶¶ 1-4, filed Dec. 8, 2016. Petitioner further alleged that she suffered residual effects of these injuries for more than six months. *Id.* at ¶ 4.

On December 8, 2016, the parties filed a stipulation in which they state that a decision should be entered awarding compensation to Petitioner. Respondent denies that the flu vaccine

---

[1] Because this decision contains a reasoned explanation for the undersigned's action in this case, the undersigned intends to post this decision on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, codified as amended at 44 U.S.C. § 3501 note (2012). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b).

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-1 to -34 (2006) (Vaccine Act or the Act). All citations in this decision to individual sections of the Vaccine Act are to 42 U.S.C.A. § 300aa.

caused Petitioner's Bell's palsy, or any other injury. Nevertheless, the parties agree to the joint stipulation, attached hereto as Appendix A. The undersigned finds the stipulation reasonable and adopts it as the decision of the Court in awarding damages, on the terms set forth therein.

The parties stipulate that Petitioner shall receive the following compensation:

**A lump sum of $200,000.00 in the form of a check payable to petitioner. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a)."**

*Id.* at ¶ 8.

The undersigned approves the requested amount for Petitioner's compensation. Accordingly, an award should be made consistent with the stipulation.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[3]

**IT IS SO ORDERED.**

s/ Lisa Hamilton-Fieldman
Lisa Hamilton-Fieldman
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.